ORDERED UNSEALED on 06/11/2025    s/ scotttweedle


FILED
May 28 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ AI   DEPUTY

~~SEALED~~
s/ scotttweedle

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| UNITED STATES OF AMERICA, | Case No.: '25 CR2049 W |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1546(a) - False Statements in Immigration Document; Title 18, U.S.C., Sec. 1001(a)(2) - False Statements to a Department of the United States |
| SOWDA AHMED MOHAMUD, aka "Sawda Ahmed," aka "Saynab Ahmed," aka "Sawda Kahiye," aka "Sowda Khiye," | |
| Defendant. | |

The grand jury charges:

Count 1

On or about December 14, 2024, within the Southern District of California, defendant SOWDA AHMED MOHAUMD, aka "Sawda Ahmed," aka "Saynab Ahmed," aka "Sawda Kahiye," aka "Sowda Khiye," did knowingly present to the Department of Justice, Executive Office for Immigration Review, a Form I-589, Application for Asylum and for Withholding of Removal, which is an application required under United States immigration laws and regulations prescribed thereunder, and said application contained material statements made under penalty of perjury, to wit:

SPH:nlv:San Diego:5/27/2025

(1) that defendant MOHAMUD had never previously applied for lawful status in any country, when in truth and in fact, defendant MOHAMUD knew then and there that:

 (a) she had previously applied to the United Kingdom for status as a spouse of a European Economic Area National on or about March 25, 2021;

 (b) she had previously applied to the United States for status under the Diversity Immigrant Visa Program, also known as the green card lottery, for the calendar years 2022, 2023, and 2024; and

 (c) she had previously applied to Brazil for asylum/refugee status on or about February 1, 2024;

(2) that defendant MOHAMUD provided the full names, places of birth, and current locations of all her known siblings, when in truth and in fact, defendant MOHAMUD knew then and there that she had failed to list her biological sister, M.A.M., aka "Kuka," who was residing in the United States, pending a resolution of her own immigration related application.

All in violation of Title 18, United States Code, Section 1546(a).

## Count 2

On or about December 17, 2024, within the Southern District of California, defendant SOWDA AHMED MOHAUMD, aka "Sawda Ahmed," aka "Saynab Ahmed," aka "Sawda Kahiye," aka "Sowda Khiye," in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, the Department of Justice, Executive Office for Immigration Review, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that defendant testified, under penalty of perjury, to the Honorable Ana L.

Partida, Immigration Judge, that she did not have any other biological siblings other than those siblings listed in her Form I-589, Application for Asylum and for Withholding of Removal; in violation of Title 18, United States Code, Section 1001(a)(2).

### Count 3

On or about January 21, 2025, within the Southern District of California, defendant SOWDA AHMED MOHAUMD, aka "Sawda Ahmed," aka "Saynab Ahmed," aka "Sawda Kahiye," aka "Sowda Khiye," in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, the Department of Justice, Executive Office for Immigration Review, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that defendant testified, under penalty of perjury, to the Honorable Ana L. Partida, Immigration Judge, that:

(1) she had not previously applied for status in the United Kingdom;

(2) she had not previously applied for status in the United States; and

(3) she had not previously applied for asylum in any country.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: May 28, 2025.

ADAM GORDON
United States Attorney

By: /s/ SHANE P. HARRIGAN
SHANE P. HARRIGAN
Assistant U.S. Attorney