**SENTENCING SUMMARY CHART**
**Sentencing date: July 28, 2025**

USPO
AUSA
DEF___X

| | |
|---|---:|
| Defendant's Name:  **Sowda Ahmed Mohamud** | Docket No.  25CR2049-W |

Guideline Manual Used:        NOVEMBER 1, 2024

| | |
|---|---:|
| Base Offense Level:  (USSG §§§ 2L1.2(a); 2B1.1(c)(3); 2L2.2(a)) ............................................ | 8 |
| Specific Offense Characteristics: .............................................................................................. | |
| Victim Related Adjustment | |
| Adjustment for Role in Offense ................................................................................................. | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjusted Offense Level ☐Combined (Multiple Counts)    ☐Career Offender    ☐Armed Career Criminal | 8 |
| Adjustment for Acceptance of Responsibility:............................................................................. | -2 |
| Total Offense Level:................................................................................................................... | 6 |
| Criminal History Score:.............................................................................................................. | 0 |
| Criminal History Category: ........................................................................................................ ☐Career Offender       ☐Armed Career Criminal | 1 |
| Guideline Range: ....................................................................................................................... (Range limited by:   ☐minimum mandatory ☐statutory maximum) | 0-6 months |

**Departures:**

| | |
|---|---:|
| Adjustment for Zero-Point Offender (USSG § 4C1.1) | -2 |
| Resulting Offense Level:............................................................................................................. | 4 |
| Resulting Guideline Range:......................................................................................................... | 0-6 month |

**RECOMMENDED SENTENCE: Time served (48 days), no supervision term to follow.** Ms. Mohamud is a 27-year-old Somali citizen who fled her home country for fear of her father. When she was 5, she was subjected to female genital mutilation. When she turned 18, she was sold by her father to an elderly man in her clan. The man she was sold to had children older than her and other wives. She ran away from him after six weeks. Because of the shame that would bring to her father's name and her family's reputation, she fled her clan. She has been living on the run from her father ever since then. She came to the U.S. hoping to have a chance at a better life. After being detained for the last 17 months, she is deterred from returning to the U.S. again in the future.